## CANAL–COMMERCIAL NATIONAL BANK, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 6563.

Circuit Court of Appeals, Fifth Circuit.

Feb. 21, 1933.

Rehearing Denied April 1, 1933.

Benjamin W. Dart, of New Orleans, La., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and J. Arthur Adams, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

SIBLEY, Circuit Judge.

This case was submitted upon a stipulation that its decision abide that in the case of Canal-Commercial Trust & Savings Bank v. Commissioner of Internal Revenue (C. C. A.) 63 F.(2d) 619, filed herewith.

It is therefore considered that the petition for review be denied, and the decision of the Board of Tax Appeals be affirmed.